**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge**

Criminal Case No. 05-cr-00179-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ARVIN WEISS, and
2. JESUS GUEVARA,

        Defendants.

_____

ORDER
_____

Upon Jesus Guevara's Unopposed Limited Entry of Appearance for the December 22 Hearing (Doc 171 - filed December 13, 2006), it is

ORDERED that the Entry of Appearance is accepted.

The Court further orders that defense counsel, Kenneth Eichner, be available telephonically at the time of the hearing. Counsel is directed to contact the Court's Chambers to advise the phone number where he will be available.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Chief Judge

DATED: December 14, 2006